# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| RICHARD TERRY, ET AL., | § § § | |
| Plaintiffs, | § | CIVIL ACTION NO. 4:16-CV-0011-CAN |
| v. | § § | |
| HARVEST MANAGEMENT SUB TRS CORPORATION, | § § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Came on to be considered this day Plaintiffs Richard Terry and Candise Terry's ("Plaintiffs") Stipulation of Dismissal Without Prejudice [Dkt. 43]. Plaintiffs' Stipulation seeks to dismiss their claims against Defendant Harvest Management Sub TRS Corporation ("Defendant") without prejudice. After considering the Stipulation, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the entirety of Plaintiffs' claims against Defendant is hereby dismissed without prejudice. Costs associated with claims between Plaintiffs and Defendant are taxed against the party incurring same.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED.**

 SIGNED this 15th day of November, 2018.

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE